85 A.3d 978

IN THE MATTER OF MARC D'ARIENZO, AN ATTORNEY AT LAW (ATTORNEY NO. 005621993).

March 14, 2014.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 13–205, concluding that **MARC D'ARIENZO** of **SUMMIT,** who was admitted to the bar of this State in 1993, should be censured for violating *RPC* 5.5(a)(1) (practicing law while ineligible), and good cause appearing;

It is ORDERED that **MARC D'ARIENZO** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.